UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00305 CDP |
| ) | |
| ERIC K. REEDUS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF PRETRIAL DETENTION

This matter came before the Court on the government's motion for pretrial detention. Defendant is charged with the possession of counterfeit securities, in violation of 18 U.S.C. § 472. A hearing was held on the issue of pretrial detention on November 25, 2003. The government was represented by Assistant United States Attorney Steven E. Holtshouser. Defendant was present and represented by his attorney, Kristy L. Ridings. Neither party had any objections to the information contained in the Pretrial Services Report ("PSR"), dated June 29, 2005, which the Court adopts and incorporates herein.

18 U.S.C. § 3142(g) sets forth the factors to be considered by the Court when considering the issue of detention or release on bond. These factors include the nature and circumstances of the offense charged, including whether the offense is a crime of violence; the weight of the evidence; the history and characteristics of the person; and the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

Defendant is 33 years old. For the past four months, Defendant has lived with his mother at her home in University City; and for the past eight months, Defendant has been employed as a loan officer at a mortgage company. Defendant has two children with his current girlfriend, who both live with their mother, and two other children from prior relationships, who also live with their mothers. Defendant has proffered that if released on bond, his mother would be willing to post her house to secure Defendant's appearance.

Notwithstanding the willingness of Defendant's mother to post her house as security, the Court finds, for the reasons set forth in the PSR, that there is no condition or combination of conditions that will adequately assure Defendant's appearance and the safety of the community. Although only 33 years old, Defendant has five prior criminal convictions, including three convictions for drug-related offenses and a conviction for receiving stolen property. Defendant has a history of failing to comply with the terms of his federal and state supervision, and his terms of probation and supervised release have previously been revoked. In addition, Defendant is alleged to have committed the current offense while on supervised release, and the Court has been advised that a petition will be filed for revocation of Defendant's release. Further, the Court notes that the government has strong evidence in support of the current charges.

Based on the foregoing, and for the further reasons set forth in the PSR, the undersigned finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons or the community if the defendant would be admitted to bail pending trial. Further, the evidence shows by a

preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.  18 U.S.C. § 3142(e) and (f).

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Eric K. Reedus be detained pending trial.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that Defendant be afforded reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 30th day of June, 2005.